**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA  90071-2411
TELEPHONE:   213.972.4500
FACSIMILE:    213.486.0065

JOHN G. YSLAS, CA BAR NO. 187324, jyslas@foley.com
CHRISTOPHER G. WARD, CA BAR NO. 238777, cward@foley.com
JEREMY C. WOODEN, CA BAR NO. 253088, jwooden@foley.com
ATTORNEYS FOR DEFENDANTS MENZIES AVIATION, INC. AND
MENZIES AVIATION (USA), INC.

J S - 6

**KESLUK & SILVERSTEIN, P.C.**
9255 SUNSET BLVD., SUITE 411
LOS ANGELES, CA  90069
TELEPHONE:   310.273.3180
FACSIMILE:    310.273.6137

DOUGLAS N. SILVERSTEIN, CA BAR NO. 181957
DAVID A. COHN, CA BAR NO. 184380
ATTORNEYS FOR PLAINTIFF DAVID VARGAS PENA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DAVID VARGAS PENA, an individual, | CASE NO: CV-10-7192-R (JEM) |
| Plaintiff, | |
| v. | **ORDER REMANDING CASE** |
| MENZIES AVIATION, INC., a corporation; MENZIES AVIATION (USA), INC. a corporation; and DOES 1-25, inclusive, | CASE FILED:      AUGUST 18, 2010<br>CASE REMOVED:   SEPTEMBER 27, 2010 |
| Defendants. | |

1
2

**ORDER**

3
4
5
6

BASED ON THE PARTIES' STIPULATION that the sum total of all damages sought by Plaintiff in the Complaint, does not exceed $75,000, exclusive of interests and costs, IT IS HEREBY ORDERED that case number CV-10-7192-R (JEM) is remanded to Los Angeles County Superior Court.

7
8
9   DATED:__NOV. 8, 2010__         _____
10                                  Judge of the United States District Court

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28